The People of the State of New York, Respondent, 
against
Thomas Madden, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered February 19, 2014, convicting him, after a nonjury trial, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered February 19, 2014, reversed, on the law and the facts, the accusatory instrument dismissed, and the fine, if paid, remitted.
The verdict convicting the defendant of disorderly conduct pursuant to Penal Law § 240.20(5) was not based on legally sufficient evidence and was, in any event, against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). Absent from the record is the essential quantum of proof that defendant obstructed vehicular traffic when he stood in the middle of the street with his arms extended, in an attempt to hail a cab. There was no evidence that any vehicle was actually obstructed. At most, the evidence showed that defendant's conduct caused a temporary inconvenience to one vehicle that had to drive around him, which is insufficient to establish an obstruction of vehicular traffic (see generally People v Pearl, 66 Misc 2d 502 [App Term, 1st Dept 1971]). Moreover, the evidence, even when viewed in a light most favorable to the People, failed to establish that defendant intended to cause or recklessly created the risk of "a potential or immediate public problem" (People v Munafo, 50 NY2d 326, 331 [1980]; see People v Johnson, 22 NY3d 1162, 1164 [2014]).
We note that the People have declined to submit a respondent's brief on this appeal.
In view of our determination, we reach no other issue. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 10, 2020